PAUL J. FISHMAN
United States Attorney
By: PETER W. GAETA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: 973.645.2927
peter.gaeta@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. William J. Martini, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 14-4435 |
| v. | : | DEFAULT JUDGMENT AND <u>FINAL ORDER OF FORFEITURE</u> |
| $255,124.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant *in Rem*. | : | |

WHEREAS, on or about July 15, 2014, the United States commenced a civil action for the forfeiture of $255,124.00 in United States Currency (the "Defendant Property"), which was seized from Adrian Coronado, by the filing of a Verified Complaint for Forfeiture in *Rem* (the "Verified Complaint");

WHEREAS, the Verified Complaint alleges that the Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), which subjects to forfeiture all moneys that were furnished in exchange for a controlled substance and all proceeds traceable to such an exchange in violation of 21 U.S.C. § 5801, *et seq.*;

WHEREAS, on or about July 17, 2014, the United States sent copies of the Verified Complaint and a Notice of Complaint for Forfeiture by United States Postal Service Certified Mail to Adrian Coronado at 1091 Magnolia Avenue, 1st Floor, Elizabeth, New Jersey, 07201 (*See* Declaration of Peter W. Geata with Exhibits ("Gaeta Decl.") ¶ 3 and Exhibit ("Ex.") A, filed herein);

WHEREAS the mailing to Adrian Coronado was unclaimed and returned to the United States Attorney's Office for the District of New Jersey (*See* Gaeta Decl. ¶ 4 & Ex. B);

WHEREAS, on or about July 21, 2014, the United States sent copies of the Verified Complaint and a Notice of Complaint for Forfeiture by Federal Express, to Adrian Coronado's attorney, James R. Lisa, at 618 Newark Avenue, Suite 220, Jersey City, New Jersey, 07306 (*See* Gaeta Decl. ¶ 5 & Ex. D);

WHEREAS, on or about July 23, 2014, James R. Lisa received copies of the Verified Complaint and the Notice of Complaint for Forfeiture (*See* Gaeta Decl. ¶ 6 & Ex. E);

WHEREAS the Notice of Complaint for Forfeiture stated that a claim had to be filed no later than August 21, 2014 in order to contest the forfeiture;

WHEREAS the Government also posted a notice of this forfeiture action on an official government internet site, http://www.forfeiture.gov, beginning on July 18, 2014, and running for thirty consecutive days, through

August 16, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (*See* Gaeta Decl. ¶ 7 & Ex. F);

WHEREAS no claims or answers were filed or made in this action, no other parties have appeared to contest the action to date, and the statutory time periods in which to do so have long expired;

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:

THAT a Default Judgment is granted and hereby entered against the Defendant Property, $255,124.00 in United States Currency;

THAT all right, title and interest in the Defendant Property is hereby forfeited to the United States of America for disposition according to the law;

THAT a Final Order of Forfeiture as to the Defendant Property is hereby entered accordingly;

THAT any income derived as a result of the United States Drug Enforcement Administration's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Drug Enforcement Administration into the Department of the Justice Asset Forfeiture Fund, in accordance with all applicable laws.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

ORDERED this 9 day of February 2015.

HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE